IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **BENJAMIN VAN WINKLE AND BRYSON WILSON** | § § § § § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-00133-H |
| **CRUMTRANS LLC AND STEVEN MATHEWS** | § § § § § | |
| *Defendants.* | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Plaintiffs BENJAMIN VAN WINKLE and BRYSON WILSON ("Plaintiffs") and Defendants CRUMSTRANS LLC and STEVEN MATHEWS ("Defendants"), collectively referred to as the "Parties," jointly move the Court for an Order dismissing the above-referenced action ***with prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure, and show the Court as follows:

The Parties have reached a mutually satisfactory resolution of all causes of action, claims, obligations, demands, and any other requests for relief of any nature whatsoever arising out of, pertaining to, or related in any manner to the alleged claims asserted by Plaintiffs against Defendants, resulting from a motor vehicle collision that occurred on or about January 28, 2023, on State Highway 92 in Jones County, TX, and is more fully described in Plaintiff's Original Complaint on file herein and made the subject matter of this cause.

Accordingly, the Parties, through their undersigned counsel, hereby respectfully move for the entry of an Order dismissing in their entirety all of Plaintiffs' causes of action, claims, damages, and any other requests for relief of any nature whatsoever that have been asserted in this action by Plaintiffs against Defendants, ***with prejudice to the refiling of same***.

Such dismissal will dispose of all causes of action, all parties, and the entire case. Each party shall bear its own attorneys' fees and respective expenses and taxable costs of court, for which no execution or levy shall issue against Defendants.

DATED this 22nd day of January 2024.

Respectfully submitted,

By: */s/ Jimmy M. Negem, Sr. with permission*
    Jimmy M. Negem, Sr.

NEGEM & WORTHINGTON
Jimmy M. Negem, Sr., TBN 14865500
Joe M. Worthington, TBN 22009950
Jimmy M. Negem, Jr. TBN 24115371
Nicholas M. Negem TBN 24123713
1828 E SE Loop 323
Suite R – 1A
Tyler, Texas 75701
(903) 595-4466
(903) 593-3266 Facsimile
Jimmy@Negemlaw.com - Email
*ATTORNEY FOR PLAINTIFFS*

By: */s/ Mark S. Logsdon*
    Mark S. Logsdon

MULLIN HOARD & BROWN, L.L.P.
Mark S. Logsdon, TBN 00795486
Christopher W. Weber, TBN 00797640
Danny M. Needham, TB. 14854400
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
mlogsdon@mhba.com - Email
cweber@mhba.com – Email
dmneedham@mhba.com – Email
*ATTORNEYS FOR DEFENDANTS*